LOETTA M. SWANSON, APPELLEE, V.
WALTER A. SWANSON, APPELLANT.

316 N.W.2d 323

Filed February 26, 1982. No. 81-627.

George A. Sutera of Sutera & Sutera for appellant.

Baldwin & McKernan for appellee.

Submitted without oral argument. KRIVOSHA, C.J., BOSLAUGH, McCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record de novo as it is required to do, finds that the decree of the trial court should be affirmed. Attorney fees are not allowed.

AFFIRMED.